IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-S-09-372 KJM |
| | ) | |
| Plaintiff, | ) | **SEALING ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| JAIME BAEZ, | ) | |
| | ) | |
| Defendant. | ) | |

Upon application of the parties and good cause having been shown,

IT IS HEREBY ORDERED that the defendant's plea agreement be sealed until further order of this Court.

DATED: November 7, 2011.

_____
UNITED STATES DISTRICT JUDGE

1